Constantine D. Georges, Stephen A. Higginson, Assistant U.S. Attorney, William P. Gibbens, New Orleans, LA, for Plaintiff–Appellee.

Ryan Williams, pro se, Oakdale, LA, Defendant–Appellant.

---

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

The Federal Public Defender representing Ryan Williams has moved to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Williams has not filed a response. Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Arnez Lamont HENDERSON,
Defendant–Appellant.

No. 03–21076.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Arnez Lamont Henderson, pro se, Beaumont, TX, Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5th CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Arnez Lamont Henderson has filed a motion to withdraw and a supporting brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Henderson has received a copy of counsel's motion and brief and has filed a response. Our independent review of the brief, Henderson's response, and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5th Cir. R. 42.2.

Court-appointed appellate counsel for defendant Ricardo Flores–Vargas has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, Flores–Vargas's one-page response, and the record discloses no nonfrivolous issues for appeal. Appointed counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH Cir. R. 42.2.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

